AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-387

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Worlwide Mission Critical, LLC C/O: Bradley Gray</u> was received by me on *(date)* <u>Arp 4, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Fatima Gray</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Sat, Apr 06 2019</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/9/2019

*Server's signature*

Brandy Thomas, Process Server

*Printed name and title*

CLASSIC LEGAL
SUPPORT, INC.
475 PARK AVENUE SOUTH
23RD FLOOR
NEW YORK, NEW YORK 10016

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 4, 2019, 3:43 pm EDT at 21022 ROAMING SHORES TER, ASHBURN, VA 20147-3204
Spoke to wife who stated that the defendant is out of town and will not be back until next week sometime.

2) Successful Attempt: Apr 6, 2019, 7:42 am EDT at 21022 ROAMING SHORES TER, ASHBURN, VA 20147-3204
received by Fatima Gray . Age: 40; Ethnicity: Middle Eastern; Gender: Female; Weight: 160; Height: 5'6"; Hair: Black; Eyes: Brown; Relationship: Wife;