# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| CRITICAL PROJECT SERVICES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BRADLEY GRAY and WORLDWIDE MISSION CRITICAL, LLC,<br><br>  Defendants. | Case No. 1:19-cv-00387 |

**DECLARATION OF JOSEPH D. WILSON
IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Joseph D. Wilson, Esq., hereby declare as follows:

1. I am a special counsel in the law firm Kelley Drye & Warren LLP, counsel for Plaintiff Critical Project Services, LLC ("CPS"). I am a member in good standing of the Bar of this Court, and also of the Bars of the Commonwealth of Virginia, the District of Columbia and the States of Maryland, New York and New Jersey.

2. I submit this Declaration in support of Plaintiff's Request for Entry of Default and make this Declaration based on my personal knowledge.

3. On April 2, 2019, CPS filed its Complaint ("Complaint") against Defendants Gray and Worldwide Mission Critical, LLC. *See* ECF No. 1.

4. The Clerk of this Court issued a Summons in a Civil Action (the "Summons") to Gray on April 3, 2019. *See* ECF No. 2.

5. Personal service of the Complaint on Gray was properly executed pursuant to Federal Rule of Civil Procedure 4(e)(2)(b) by leaving the Summons and a copy of the Complaint

at Gray's home in Ashburn, VA with Fatima Gray, a person of suitable age and discretion who resides there by a private process server on April 6, 2019. *See* ECF. No. 5.

6. To the best of my knowledge, no answer or other response to CPS's Complaint has been filed or served. Gray has also not contacted Plaintiff's counsel to seek an extension of time to answer the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2019 in Washington, DC.

                                                             */s/ Joseph D. Wilson*
                                                             /s/ Joseph D. Wilson
                                                             Joseph D. Wilson (VSB # 43693)
                                                             Kelley Drye & Warren LLP
                                                             Washington Harbour, Suite 400
                                                             3050 K Street, N.W.
                                                             Washington, DC 20007
                                                             Telephone: 202.342.8400
                                                             Facsimile: 202.342.8451
                                                             Email: jwilson@kelleydrye.com

                                                             *Attorney for Plaintiff*
                                                             *Critical Project Services LLC*