**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Critical Project Services, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:19cv387-AJT-MSN |
| | ) | |
| Bradley Gray, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of Joseph D. Wilson, III, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Bradley Gray for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                                                               FERNANDO GALINDO
                                                                               CLERK OF COURT

                                                                               BY:    /s/
                                                                               DEPUTY CLERK

DATED:  May 17, 2019